# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOZAJIAN,<br><br>　　　　　Plaintiff,<br>　　v.<br>COUNTY OF LOS ANGELES et al.<br><br>　　　　　Defendants. | Case No. 2:12-cv-00625-ODW(JCx)<br><br>**ORDER RE STIPULATED MOTION TO STAY [80]; ORDER TO SHOW CAUSE** |

　　　In light of the parties' stipulation, the Court hereby **VACATES** all remaining hearings and dates. (ECF No. 80.) The Court also **ORDERS** the parties to **SHOW CAUSE** by August 30, 2013, why settlement has not been finalized. No hearing will be held. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

　　　**IT IS SO ORDERED.**

　　　July 17, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**