# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOZAJIAN,<br><br>        Plaintiff,<br>    v.<br><br>COUNTY OF LOS ANGELES et al.<br><br>        Defendants. | Case No. 2:12-cv-00625-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Having reviewed the parties' Response (ECF No. 82), the Court hereby **ORDERS** the parties to **SHOW CAUSE** by December 2, 2013, why settlement has not been finalized. No hearing will be held. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

September 3, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**